I would affirm the order of the trial court; therefore, I dissent.
I look to the arbitration provision, which states:
 "Any controversy or claim arising between the parties, including, but not limited to, disputes relating to the [a]greement, shall be resolved by binding arbitration. . . ."
I then look to see if the action involves a controversy between the parties to the arbitration agreement. "Controversy" is defined as "a discussion marked esp. by the expression of opposing views: DISPUTE 2: QUARREL, STRIFE." Merriam Webster'sCollegiate Dictionary (10th ed. 1997).
The action pending in the Calhoun Circuit Court does involve a controversy between the parties to the arbitration agreement. Therefore, by contract, the parties have agreed to arbitrate that controversy.
MADDOX and SEE, JJ., concur. *Page 995